UNITED STATES DISTRICT COURT

FOR THE Western DISTRICT OF PENNSYLVANIA

[Plaintiff]

Ziyao Jiang
514 Pennsylvania Ave
Johnstown PA 15906

CASE NO: 3:23-cv-287
(to be supplied by Clerk
of the District Court)

vs.
See Defendant List
Attachment

**COMPLAINT**

1. The plaintiff Ziyao Jiang a citizen of the County of Cambria State of Pennsylvania, residing at 514 Pennsylvania Ave, Johnstown PA 15906

wishes to file a complaint under 28 U.S. Code 1331.

2. The defendant please see Defendant List.

3. STATEMENT OF CLAIM, please see Attachment.

4. WHEREFORE, as plaintiff I prays that defendants immediately stop any activities effecting to me, recover my reputation and fully compensate all damage to me $ 3043058673.25 in total.

Ziyao Jiang

(Signature of Plaintiff)

RECEIVED

NOV 20 2023

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

# Defendant List

#1. Liu Yuan

Letters and Calls Bureau of the Standing Committee of the National People's Congress

No. 23, Xijiaomin Lane, Beijing, P.R.China

Tel: +86-10-83102103

Zip Code: 100805


#2. Public Security Department of Baise City

Longjing East Road, Youjiang District, Baise City, P.R.China

 +86-776-2824811

Zip Code: 533000


#3. National Security Agency of Baise City

N/A

Zip Code: 533000


#4. Baise City Branch of Industrial and Commercial Bank of China

+86-776-2829796

Zip Code: 533000


#5. Baise University

No. 1, Zhongshan 2nd Road, Youjiang District, Baise City

+86-776-2848088

Zip Code: 533000


#6. Baise High School

Guiyuan Road, Youjiang District, Baise City

+86-776-2824142

Zip Code: 533000

Defendant List

#7. Chang Sha Bank

Building B, Kailin International, No. 53 Binjiang Road, Yuelu District, Changsha City, Hunan Province

+86-4006796511

Zip Code: 410205

#8. Civil Aviation University of China

Address: No. 2898 Jinbei Road, Dongli District, Tianjin, P. R. China

Telephone: +86-22-24092036/24092051

Zip Code: 300300

#9. Administration for Market Regulation of Baise City

No. 7, Jinzhan Road, Youjiang District, Baise City

+86-776-2998858

Zip Code: 533000

#10. Baise City Hospital

No. 8, Chengxiang Road, Youjiang District, Baise City

+86-776-2835424

#11. Baise City Foreign Exchange Administration

No. 25, Zhongshan 2nd Road, Youjiang District, Baise City

+86-776-2825030

#12. Youjiang Medical University For Nationalities

No. 98, Chengxiang Road, Baise City

+86-776-2846565

# Facts

#2 Defendant and/or more defendants accuse me:

*My stock shares trading activities and records are spied illegal, #2 defendant and/or more defendant clone my trading, bought and sold the same shares. Meanwhile they repress and transnationally repress me by sending me articles, video, and secret accusations as following:*

*fraud trading, spoofing, making oneself the other party to the transaction, related party transactions, recommending stock, took part in asset management of my company, speculation, Anton Trade, scalp, wash-sale, insider trading, stole public corporate secret information, marketing, leverage trading.*

#2 Defendant and/or more defendants accuse me:

*Forced buying and selling, drug dealing, drug transnational dealing, produced drug, drug use, cigarette deal, merchandise trading fraud, illegally produced food like mooncake, illegal produced medicine pills, sold milk powder, fish oil and toothpaste, exhibited alcohol, illegal online purchase Mango, illegal online purchase restricted knives, hide restricted knives, tax stealing, tax evasion, tariff evasion, export tax rebate fraud, produced aircraft, produced weapon, produced guns, produced bombs, produced nunchakus, bow and arrow.*

*Murder, rapist, touched woman's bottom, assaulted girls, assaulted boys, had chaos relation with married woman, induced married woman, stalking women, kept nude photos of women and minor, watched porn movies, broadcasted porn movies, assaulted women in public, spied women's showering. ID scam, cheat for America green card by sham marriage, intended to get married with foreign women in order to get permanent residency in foreign country, pretend to be top political leader to country, assassination, bomb blow up university, bomb blow up public transportation, bomb blow up dam, kidnaped carbine service on air flight. Spy, intelligence, joined spy organization, joined cult, gang member, Nazi, stole secret of military nuclear submarine, took video of air force base, took video of military vehicles, took video of military plants, took video of warships, took video of airplanes. Stole water supply, stole electric power, stole wood logs, theft in stores, made trouble in airport, made trouble in railway station, made trouble on bus, made trouble in tax bureau, family violence, asked mother for money, took photos illegally, words assaulting someone, offend in words to Public Safety officers, illegal house ownership transferred, high altitude parabola, went to school and university without permission, infectious disease, AIDS, pulmonary disease, infect someone disease, used fake laptop bag, handed children weapon, use wood stove, arsonist.*

#2 perjury me under arrest by police officers for theft in Dollar General store, Johnstown PA 15906, perjury me stole employer's money in McDonald's Johnstown PA 15906 and Dollar Tree 34-45 Francis Lewis Blvd, Queens, NY 11358, perjury me stalking women on bridge near to Center of Metal

Facts

Arts Johnstown, Meadow Corona Park, Queens, NY 11354, Fontana CA, Rancho Cucamonga CA, perjury me took photo of naked little girl in Meadow Corona Park NY 11354, perjury me a gay without child and adopted a strange woman's child, perjury me connected with a fake marriage which some suspected cheat America green card. Poisoned me by Changing water pipeline to my home, bike lane in Johnstown, my renting room in Flushing NY11355, Fontana and Rancho Cucamonga CA, and everywhere I live. For more details on crime and evidence, please contact investigation institutions.

#4 Defendant accuse me:

*Made computer virus, fake large transactions related to bank, money-laundry, made fake money, illegal fund raising. I'm not sure what role #2 or #3 plays in #4's accusation or activities.*

#9 Defendant accuse me:

*Made fake bank receipts, made fake Capital verification report, withdraw funds, open online shop without business license, business transaction out of business license on-list.*

#10 Defendant accuse me:

*Made trouble in hospital, tried made medical incident in hospital, suicide in hospital, kidnapped nurses in hospital. #2 and #10 told me, I was supposed to be jail like Ou Guoyu, a high school girl was sent to psychiatric hospital for she reported school illegal took more tuition fee.*

#10 and/or #2 amended urine test results to me to perjury me an addict to drug and Cocaine. #2 go on soft-jail and so-called investigation to me after the fake medical reports.

#7 Defendant, #2 Defendant and/or more defendants accuse me:

*Owned a lot of debt to #7 by showing public judgement verdict that a exactly same name defendant was sentenced guilty, You clicked your mouse then owned the bank huge money! The judgment day is the same with my return from my first traveling abroad, September 30, 2017.* Base on the judgement with same name defendant, #2 keep telling me to give up all my money and asset, and I couldn't go out of China again for you were on name list subject to court judgement and execution. I had no idea on such verdict until moved to USA.

#1 Defendant accuses me with what other defendant accuse, blackmail me for all I have by persecution, repress, torture, disinformation, perjury and other means I don't know, please contact investigation institutes.

#3, #2 and #6 stole my ID and City Honor Graduate rank in 1995, replaced me with someone to be

Facts

recruited by #6. At least one defendant keeps stealing and robbing from my life from then on.

December 23 2013, #5 and #12 organized students to take me to a coffee house, perjuring me sitting and talking with an drug addict, so #2 can have illegal right on my so-called drug dealing.

#5 and #2 or more defendant took part in and/or assist in housing transaction fraud in Baise City, they tried again when I was living in Flushing NYC. And again, in Johnstown PA15906.

#8 and/or more defendant took part in or assist #2's ID theft behavior to me, perjuring me connected with drug dealing in order to go on people replacement by soft-jail the talent. #8 stopped my plan for further education to Business School in America unless I paid them 10000 USD or more for Graduate Certificate, their theft and crime would be covered earlier by investigation institutes if I came to America for MBA course study.

#11 and #2 Defendant accuse me:

    Transferred illegally money to China oversea, illegally buy and sell foreign currency.

    #11 illegally refused my application to transfer my money to America for immigration.

STATEMENT OF CLAIM

# STATEMENT OF CLAIM

I'm Ziyao Jiang, I filed to court representing myself. I mailed and applied for immigrant to America at September 2021, arrived Los Angeles at December 23 2021 and never leave U.S. from then on. I filed to USCIS again for immigrant application at March 2022, and got America Permanent Residency in October 2022. During my living in America, I reported to DOJ Inspector, Police Department of Fontana CA, Rancho Cucamonga, Flushing New York City, Johnstown PA, for defendants stole my ID, got my signature illegally, and keep stealing, robbing, blackmailing what I worked hard for and deserved by creating crimes to me including stalking, harassment, perjury, persecution, repression, threating, making fake contracts and soft-jail. Due to something are still under investigation, please contact institution including Federal Bureau of Investigation **FBI** and China Central Commission for Discipline Inspection **CCCDI** for more details and evidences.

### Part One. Facts and Evidence

Please see *Facts*. For more details, evidences, and conclusion, contact FBI and CCCDI, and other investigation institutes.

### Part Two. Damage Calculation

#### 2.1. 1.Actual Damage to Period of Middle School

My ID and honor were stole by listed defendants, my actual damage in middle school age are calculated from my element school since I prepare for my high school study at year 1986 to 1995.

| Disposable income per capita in China | | | |
|---|---|---|---|
| YEAR | INCOME (RMB¥) | MEMBER# | |
| 1986 | 800 | 4 | |
| 1987 | 1000 | 4 | |
| 1988 | 1100 | 4 | |
| 1989 | 1300 | 4 | |
| 1990 | 1500 | 4 | |
| 1991 | 1700 | 4 | |
| 1992 | 2000 | 4 | |
| 1993 | 2300 | 4 | |
| 1994 | 3200 | 4 | |
| 1995 | 3900 | 4 | 75200 |
| 1996 | 4800 | 4 | |
| 1997 | 5200 | 4 | |
| 1998 | 5400 | 4 | |
| 1999 | 6800 | 4 | |
| 2000 | 6300 | 4 | |
| 2001 | 6800 | 4 | |
| 2002 | 7700 | 4 | |

1986 to 1995 my four-member family income is ￥18800.00

Four members in my family, therefore my family income between 1986-1995 is 18800X4=￥**75200.00**

Living expenditure in China community remain stable in the pass forty years, ratio of education cost to living expenditure stays the same percentage. According to research report and media reports, the number range from 20.8%~30%, we pick up average number **26%**.

*Resource:*

- <2017 中国家庭教育消费白皮书>, https://www.sohu.com/a/217717839_141154
- <2019 国内家庭子女教育投入调查>, https://www.sohu.com/a/464680743_460424
- <北京大学中国教育财政科学研究所 (China Institute for Educational Finance Research, CIEFR 《2017 年中国教育财政家庭调查》>, https://www.163.com/dy/article/D75DV9KF051480G7.html

26%   ratio of education cost to living expenditure X   ￥75200  Family Income from 1986 to 1995

= **￥19552①**   My Actual Damage in Middle School.


**2.2.2 Actual Damage to University Graduate's ID and job stolen**

Page 2 | 9

STATEMENT OF CLAIM

| Disposable income per capita in China ||
|---|---|
| YEAR | RATE |
| 1995 | 10.98% |
| 1996 | 10.98% |
| 1997 | 8.64% |
| 1998 | 6.93% |
| 1999 | 5.85% |
| 2000 | 5.85% |
| 2001 | 5.85% |
| 2002 | 5.31% |
| 2003 | 5.31% |
| 2004 | 5.31% |
| 2005 | 5.58% |
| 2006 | 5.85% |
| 2007 | 6.39% |
| 2008 | 7.47% |
| 2009 | 5.31% |
| 2010 | 5.31% |
| 2011 | 6.06% |
| 2012 | 6.56% |
| 2013 | 6.31% |

| YEAR | INCOME | DEPOSIT RATE | Accrue Calculation | | | | Total |
|---|---|---|---|---|---|---|---|
| 1995 | 3900 |  | 3900 |  |  |  |  |
| 1996 | 4800 | 10.98% | 4328.22 | 4800 |  |  |  |
| 1997 | 5200 | 8.64% | 4702.178 | 5214.72 | 5200 |  |  |
| 1998 | 5400 | 6.93% | 5028.039 | 5576.1 | 5560.36 | 5400 |  |
|  |  |  | 5322.179 | 5902.302 | 5885.641 | 5715.9 | 22826.02 |

22826.02 X 4 Members=¥91304.08

26% X 91304.08 =23739.06

Tuition to one more year for Entrance Exam 3000, so **actual damage in high school is ¥26739.06**

Yearly cost includes:

Tuition to University 2500 + Living Cost 800 X 12 Months + 2500 Books&Exam=14600.00

Four-year study in university cost with accrue interest as calculated bellow:

STATEMENT OF CLAIM

| YEAR | INCOME | DEPOSIT RATE | Accrue Calculation | | | | Total |
|---|---|---|---|---|---|---|---|
| 2000 | 14600 | 5.85% | 14600 | | | | |
| 2001 | 14600 | 5.85% | 15454.1 | 14600 | | | |
| 2002 | 14600 | 5.31% | 16358.16 | 15454.1 | 14600 | | |
| 2003 | 14600 | 5.31% | 17226.78 | 16358.16 | 15454.1 | 14600 | 63639.05 |

Actual Damage in High School and University 26739.06+63639.05= ¥**90378.11**②

### 2.2.3 Actual Damage to Job Lost

| Disposable income per capita in Guangzhou | | | | |
|---|---|---|---|---|
| YEAR | INCOME (RMB¥) | FAMILY MEMBER NUMBER | Family Income | Deposit Interest Rate |
| 2002 | 15000 | 1 | 15000 | 5.31% |
| 2003 | 15003 | 2 | 30006 | 5.31% |
| 2004 | 16884 | 3 | 50652 | 5.31% |
| 2005 | 18300 | 3 | 54900 | 5.58% |
| 2006 | 19851 | 3 | 59553 | 5.85% |
| 2007 | 22469 | 3 | 67407 | 6.39% |
| 2008 | 25317 | 3 | 75951 | 7.47% |
| 2009 | 27610 | 3 | 82830 | 5.31% |
| 2010 | 30658 | 3 | 91974 | 5.31% |
| 2011 | 34438 | 3 | 103314 | 6.06% |
| 2012 | 38100 | 3 | 114300 | 6.56% |
| 2013 | 42049 | 3 | 126147 | 6.31% |

| JOB LOSS FROM 2002-2013 | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YEAR | Family Income | osit Interest R | Family Income | Accrue Calculation | | | | | | | | | | | |
| 2002 | 15000 | 5.31% | 15000.00 | | | | | | | | | | | | |
| 2003 | 30006 | 5.31% | 15796.50 | 30006.00 | | | | | | | | | | | |
| 2004 | 50652 | 5.31% | 16635.29 | 31599.32 | 50652.00 | | | | | | | | | | |
| 2005 | 54900 | 5.58% | 17563.54 | 33362.56 | 53478.38 | 54900.00 | | | | | | | | | |
| 2006 | 59553 | 5.85% | 18591.01 | 35314.27 | 56606.87 | 58111.65 | 59553.00 | | | | | | | | |
| 2007 | 67407 | 6.39% | 19778.98 | 37570.85 | 60224.05 | 61824.98 | 63358.44 | 67407.00 | | | | | | | |
| 2008 | 75951 | 7.47% | 21256.47 | 40377.39 | 64722.78 | 66443.31 | 68091.31 | 72442.30 | 75951.00 | | | | | | |
| 2009 | 82830 | 5.31% | 22385.18 | 42521.43 | 68159.56 | 69971.45 | 71706.96 | 76288.99 | 81624.54 | 82830.00 | | | | | |
| 2010 | 91974 | 5.31% | 23573.84 | 44779.32 | 71778.83 | 73686.53 | 75514.60 | 80339.93 | 85958.80 | 87228.27 | 91974.00 | | | | |
| 2011 | 103314 | 6.06% | 25002.41 | 47492.95 | 76128.63 | 78152.36 | 80090.78 | 85208.53 | 90573.22 | 92514.31 | 97547.62 | 103314.00 | | | |
| 2012 | 114300 | 6.56% | 26642.57 | 50608.49 | 81122.67 | 83279.16 | 85344.74 | 90798.21 | 96008.92 | 98583.24 | 103946.75 | 110091.40 | 114300.00 | | |
| 2013 | 126147 | 6.31% | 28323.72 | 53801.88 | 86241.51 | 88534.07 | 90729.99 | 96527.58 | 102307.11 | 104803.85 | 110505.79 | 117036.17 | 121798.08 | 126147.00 | |
| | | | | | | | | | | | | | | TOTAL | 1098435.03 |

Actual Damage to Job Lost is ¥ **1098435.03** ③

### 2.2.4. Actual Damage to Stock Shares Investment Return From 2014

#### 2.2.4.1 Investment Return Rate

September 26, 2014, my principal to shares investment is 86381.37④. [Attachment   ]

October 1, 2021, 7 years later my asset totally was 8391826, no debt no other resource of income. [Attachment   ]

The numbers of principal and return are cited in my application to USCIS, they approved my EB1A the first preference of immigrant application and accepted the numbers, reasoning, calculation and resources. [Attachment   ]

Under calculation method of Arithmetic Mean, annual average rate of investment return is 8391826/86381.37/7=1387.84%.

Under calculation method of Financial Project, Internal Rate of Return as well as annual compound interest rate is **103.733%** ⑤. The internal rate of return (IRR) is a metric used in financial analysis to estimate the profitability of potential investments. IRR is a discount rate that makes the net present value (NPV) of all cash flows equal to zero in a discounted cash flow analysis.

The formula and calculation used to determine this figure are as follows:

$$0 = \text{NPV} = \sum_{t=1}^{T} \frac{C_t}{(1+IRR)^t} - C_0$$

**where:**
$C_t = $ Net cash inflow during the period t
$C_0 = $ Total initial investment costs
$IRR = $ The internal rate of return
$t = $ The number of time periods

#### 2.2.4.2 Actual Damage to Investment Return

I would invest a high percentage of my controllable family income for investment in 2014, range area is [95%, 98%], real story is I put 100% in that year.

My disposable capital in year 2014 includes

**19552①+ 90378.11②+1098435.03 ③ +86381.37④= ¥1294746.51.**

I invested [95%, 98%] of my disposable capital in year 2014, the amount range in area **1294746.51**X [95%, 98%] X  6.123 [Currency Rate in Oct 23 2014] = [ $200883.42, $207227.11].

STATEMENT OF CLAIM

From 2014 to 2023 in the past 9 years, under annual return rate of 103.733%, total damage I suffered belongs to

[$164217.10, $169402.89] FV(Number Area, 103.733%, 9 years)

**Actual Damage to Investment Return belongs to area [ $121477687.56, $125313826.91]❶.**

The future value calculation allows investors to predict, with varying degrees of accuracy, the amount of profit that can be generated by different investments. The amount of growth generated by holding a given amount in cash will likely be different than if that same amount were invested in stocks; therefore, the future value equation is used to compare multiple options.

The future value formula assumes a constant rate of growth and a single up-front payment left untouched for the duration of the investment. The future value calculation can be done one of two ways, depending on the type of interest being earned. If an investment earns simple interest, then the FV formula is:

$$FV = I \times (1 + (R \times T))$$
**where:**
$I$ = Investment amount
$R$ = Interest rate
$T$ = Number of years

## 2.2 General Compensatory Damages

### 2.2.1. General Compensatory Damages to investment return

I suffer from listed defendants' long-term and continued illegal behaviors from 1995 until today, what they did to me seriously lead into mental anguish, future lost, loss of enjoyment of life, loss of opportunity. Under their damage and extremely negative situations they did to me, my investment return rate in 2014 to 2019 is 103.733%. Definitely, I would get much higher performance and return rate without their stalking, harassment, perjury, blackmail, kidnapping, repression and transnational repression. I got torture of mental anguish, while psychology is the important factor to investment success, I lost future compound interest investment return because of listed defendants' crime to me , I loss of enjoyment of family life, I loss of business and investment opportunities, I'm supposed to grow my hedge fund group from twenty business entities to five-hundred in two years(attachment, evidence), growing my return with 1300% yearly.

Assumption that my investment return rate will double is reasonable, for:

1. I'm the very top performance in China stock share market investor, basis of the whole market is 200000000 investors.

2. I am capable to risk control and achieve low draw-back rate.

3. I'm the highest level of option trader, leverage rate of derivatives usually ranges from 1000%~3000%.

STATEMENT OF CLAIM

4. All my business entities target in investment, amount of such entities grows in annual 2500% in 2017 and would go on if no listed defendants' illegal behaviors to me.

From **October 2017 to November 2023**, with principle **¥8391826 in 2017** as real,

=FV(8391826/6.123=$1370541.56, 103.733% X2=207.466%, 6 years) = **$1157909979.54⑥**, this is General Compensatory Damages to investment return.

### 2.2.2. General Compensatory Damages to Future Loss

What I will loss in the coming ten years, principle is 8391826 (2017), return rate is 103.733% as real happened,

=FV(8391826/6.123=$1370541.56, 103.733%, 10 years)=**$1687148693.71⑦**

### 2.2.3. Loss of Reputation

It's reported by human resource website Glassdoor.com that hedge fund manager's average yearly paid is 151K-267K, I take Golden Ratio 0.618 X 267K= 165K.

City Honor Graduate from Middle School, 10 years X 165K=1650 K

City Civilization Graduate from Middle School, 10 years X 165K=1650 K

City Honor Graduate from high School, 10 years X 165K=1650 K [Attachment    ]

Third-class Scholarship, 10 years X 165K=1650 K [Attachment    ]

EB1A First-preference immigrant to U.S.  10 years X 165K=1650 K

Reputation Loss to job. Perjury me sexual harassment and assault to women, steal public corporate secret information when I was working in Dollar Tree. Perjury me make mistake when working in McDonald's.  10 years X 165K=1650 K.

Perjury me theft in store and got arrested by police officers, 10 years X 165K=1650 K.

Perjury me a murder, 10 years X 165K=1650 K

Perjury me a rapist, 10 years X 165K=1650 K

Perjury me an arsonist, 10 years X 165K=1650 K

Sixteen types of accusation on stock share investment, 16X10 years X 165K=26400 K

Eight types of accusation on banking and financial, 8X10 years X 165K=13200 K

Thirty-one types of accusation on business transaction, 31X10 years X 165K=51150 K

Fifty-six types of accusation on immoral,  56X10 years X 165K=92400 K

**Loss of Reputation** total 1650 K X 9+26400 K +13200 K +51150 K +92400K=**$198Million⑧**.

STATEMENT OF CLAIM

**Part Three. All defendants are responsible to total Damage**

    1. Investment return curves of twenty accounts under my management keep growing no matter what market index condition is, up, down or fluctuate [Attachment      ].

    2. I am capable to risk control and achieve low draw-back rate [Attachment      ]. Draw-back rate is calculated by formula

      Draw-back rate=(New Highest Point minus continued ex new lowest point)/ New Highest Point, the rate is for evaluating investors' risk-control ability. Twenty investment account under my management are all with extremely low Draw-back rate.

    3. I'm the very top performance in China stock share market investor, basis of the whole market is 200000000 investors.

    4. I'm the highest level of option trader, leverage level to derivatives usually range from 1000%~3000%.

    5. All my business entities target in investment, amount of such entities grow in annual 2500% in 2017 and would go on if no listed defendants' illegal behaviors to me.

    6. Psychology is critical to investment success, defendants' illegal behaviors seriously hurt my metal condition. *The Most Important Thing* by *Howard S Marks* tells public the truth of investment success, mind and psychology.

    *And that brings me to the second factor that exerts such a powerful influence on price: psychology. It's impossible to overstate how important this is. In fact, it's so vital that several later chapters are devoted to discussing investor psychology and how to deal with its manifestations.*

……

*The discipline that is most important is not accounting or economics, but psychology.*

……

*"Random Thoughts on the Identification of Investment Opportunities,"* January 24, 1994

From *Chapter 4. The Relationship Between Price and Value*

*Warren Buffett's* comment to *Howard S Marks'* book

"When I see memos from Howard Marks in my mail, they're the first thing I open and read. I always learn something, and that goes double for his book."

    From key points 1 and 2, we can conclude that I could going on my investment and return performance IF defendants did NOT do anything bad to me. Key points 3~6 illustrate why I could achieve

P a g e  8 | 9

STATEMENT OF CLAIM

and remain performance without defendants' interruption. Completely, All defendants are responsible to total Damage to me.

**Part Four. Claim**

    I claim for $ 3043058673.25 in total, including actual damage $125511175.46 and general compensatory damages $3043058673.25.