UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 24-1510
_____

ZIYAO JIANG,
                 Appellant

v.

LIU YUAN; PUBLIC SECURITY DEPARTMENT OF BAISE CITY; NATIONAL SECURITY AGENCY OF BAISE CITY; BAISE CITY BRANCH OF INDUSTRIAL AND COMMERCIAL BANK OF CHINA; BAISE UNIVERSITY; BAISE HIGH SCHOOL; CHANG SHA BANK; CIVIL AVIATION UNIVERSITY OF CHINA; ADMINISTRATION FOR MARKET REGULATION OF BAISE CITY; BAISE CITY HOSPITAL; BAISE CITY FOREIGN EXCHANGE ADMINISTRATION; YOUJIANG MEDICAL UNIVERSITY FOR NATIONALITIES; MINISTRY OF PUBLIC SECURITY OF P.R. CHINA; SHENZHEN CUMARK NEW TECHNOLOGY CO, LTD.; KEQIANG LI; HONG CHENG; BAISE CITY BRANCH OF COMMUNICATIONS BANK; INDUSTRIAL AND COMMERCIAL BANK OF CHINA, JOINT-STOCK LIMITED
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil Action No. 3:23-cv-00287)
District Judge:  Honorable Stephanie L. Haines
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
June 7, 2024
Before:  SHWARTZ, RESTREPO, and FREEMAN, Circuit Judges
_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on June 7, 2024.  On consideration whereof, it is now hereby

**ORDERED** and **ADJUDGED** by this Court that the judgment of the District Court entered March 7, 2024, be and the same is hereby **AFFIRMED**.  Costs are not taxed.  All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: July 3, 2024